UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORGE RAFAEL RIVERA MARRERO,

**Plaintiff,**

v.                                                            Case No: 6:15-cv-703-Orl-18JSS

COMMISSIONER OF SOCIAL
SECURITY,

**Defendant.**

## ORDER

This case was referred to United States Magistrate Judge Julie S. Sneed for a report and recommendation on Defendant Commissioner of Social Security's unopposed Motion for Remand under Sentence Six of 42 U.S.C. § 405(g) filed on September 2, 2015 ("Motion for Remand") (Doc. 12). The Court, having reviewed the Report and Recommendation entered on September 3, 2015 (Doc. 13), and there being no objections, hereby

**ORDERS** that the Report and Recommendation (Doc. 13) is **APPROVED and ADOPTED** as part of this order. The unopposed Motion for Remand under Sentence Six of 42 U.S.C. § 405(g) (Doc. 12) is **GRANTED**. This case is **REMANDED** to the Social Security Administration for further administrative proceedings consistent with the reasons stated in the Motion for Remand and the Report and Recommendation. The Court retains jurisdiction in this matter, and the Clerk of the Court shall administratively **CLOSE** the case and **WITHHOLD ENTRY** of a final judgment.

**DONE AND ORDERED** in Orlando, Florida, this ___17___ day of September, 2015.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record